IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Patricia Ann King, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:17-338-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security granting in part and denying in part Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation on March 15, 2018 affirming the decision of the Commissioner denying Plaintiff DIB from her alleged onset date of December 31, 2011 until January 20, 2015, and granting DIB for the period on and after January 21, 2015. (Dkt. No. 21). No party filed timely objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the record in this matter and finds no clear error on the face of the record. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315-16 (4th Cir. 2005). Therefore, the Court adopts the Report and Recommendation as the order of this Court and affirms the decision of the Commissioner.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina

April 3, 2018